# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAUREN MEGAN HAMILTON
                                                    NO.  2021 CW 0386

VERSUS

JACOB JOSEPH BISSEL                                 **APRIL 13, 2021**

---

In Re:    Lauren Megan Hamilton, applying for supervisory writs,
          Family Court in and for the Parish of East Baton
          Rouge, No. 187,428.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**WIL**

    **McClendon, J.,** concurs.  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

*a. S~*

---
DEPUTY CLERK OF COURT
   FOR THE COURT